UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| The Painters and Allied Trades District Council No. 82 Health Care Fund, the Painters and Allied Trades District Council No. 82 Vacation Fund, the Painters and Allied Trades District Council 82 STAR Fund, the International Painters and Allied Trades Industry Pension Fund, the Minneapolis Local 386 Drywall Finishing Industry Pension Fund, the Minnesota Finishing Trades Training Fund, the National Painting, Decorating, and Drywall Apprenticeship Committee, and the St. Paul Painting Industry Pension Fund, and their Trustees and successors,<br><br>Plaintiffs,<br>vs.<br><br>Northern Painting, Inc.,<br><br>Defendant. | Civil File No.: 10-cv-02059 (MJD/JJK)<br><br><br><br><br><br><br><br><br><br>**ORDER FOR ENTRY**<br>**OF JUDGMENT** |

This Court entered an Order on October 8, 2010 (Document No. 14) requiring the Defendant to submit complete and accurate fringe fund reports for

1

the period of November 2009 to the present to the Plaintiffs and that Plaintiffs were entitled to any unpaid fringe benefit contributions found due and owing to the Plaintiffs pursuant to the these reports as well as an award of liquidated damages of ten percent of the unpaid contributions and attorneys' fees and costs. After the issuance of the Order, in lieu of submitting reports, the Defendant submitted its records for an audit. This audit shows that $92,497.26 is due and owing for delinquent contributions for the period of November 2009 to September 2010. Plaintiffs are further owed $9,249.73 for liquidated damages. Finally, Plaintiffs are also owed $3,262.53 for attorneys' fees and costs.

    This matter is now before the Court upon a Motion by the Plaintiffs for entry of a money judgment. In support of this Motion, the Plaintiffs submitted the Supplemental Affidavit of Joel Nasstrom setting forth the amount due for unpaid fringe benefit contributions and liquidated damages for the period of November 2009 through September 2010 and the Affidavit of Amy L. Court identifying the amounts incurred for attorney fees and costs. The Defendant has been provided ten (10) days notice of this motion. Therefore,

**IT IS HEREBY ORDERED**:

That in accordance with all of the previous filings and this Court's Order dated October 8, 2010; the Plaintiffs shall have judgment against Defendant Northern Painting Inc., in the amount of $105,009.52.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  November 15, 2010                    s/ Michael J. Davis
                                             Michael J. Davis
                                             Chief Judge
                                             United States District Court